[No. 33831-2-III. Division Three. August 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MELISSA LYNN KERNS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-02469-9, Annette S. Plese, J., entered September 24, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.

[No. 33873-8-III. Division Three. August 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE CHRISTOPHER BELLE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-01092-2, John O. Cooney, J., entered November 16, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.

[No. 32443-5-III. Division Three. August 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS DONN LIEN, *Defendant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-02940-8, Annette S. Plese, J., entered April 24, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 32762-1-III. Division Three. August 11, 2016.]

*In the Matter of the Detention of* SCOTT R. HALVORSON.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-01532-0, Harold D. Clarke III, J., entered August 27, 2014. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.